UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAPHAEL GEVORGYAN,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:25-cv-03408-SRM-ADS

**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

Pursuant to 8 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action is **GRANTED** and judgment will be entered accordingly, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the Court's order granting Motion for Preliminary Injunction. *See* Dkt. 13.

Dated: June 10, 2026

HONORABLE SERENA R. MURILLO
United States District Judge

1