JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAPHAEL GEVORGYAN,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 5:25-cv-03408-SRM-ADS

**JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment Under 8 U.S.C. § 2241, the Petition is **GRANTED** consistent with the reasons and findings that are already set forth in the Court's order granting Motion for Preliminary Injunction. *See* Dkt. 13. The Clerk of Court is **DIRECTED** to close the case.

Dated: June 10, 2026

HON. SERENA R. MURILLO
United States District Judge

1